# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jesus Rivera<br>(AKA: JD Rivera, Jesus Delamora Rivera)<br>**Date of Birth:** XXXXXXXX<br>*Defendant(s)* | Case: 1:21-mj-00118<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/19/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

*Code Section*        *Offense Description*

18 USC § 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 USC § 1752(a)(2) Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds
40 USC § 5104(e)(2)(D) Engaging in Disorderly or Disruptive Conduct on Capitol Buildings or Grounds
40 USC § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Adam Mardel, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/19/2021

*Judge's signature*

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*