AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Jesus Rivera

(AKA: JD Rivera, Jesus Delamora Rivera)

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00118
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/19/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jesus Rivera,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 USC § 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 USC § 1752(a)(2) Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds
40 USC § 5104(e)(2)(D) Engaging in Disorderly or Disruptive Conduct on Capitol Buildings or Grounds
40 USC § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 01/19/2021

*Issuing officer's signature*

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jesus Rivera

Known aliases: JD Rivera, Jesus Delamora Rivera

Last known residence: 5110 W. Farfield Dr, Pensacola, FL 32506

Prior addresses to which defendant/offender may still have ties: 819 Lucerne Ave, Pensacola, FL 32505

Last known employment: 819 Lucerne Ave, Pensacola, FL 32505

Last known telephone numbers:

Place of birth: California

Date of birth: 1/11/1984

Social Security number: 546794082

Height: 5'7"   Weight:

Sex: Male   Race:

Hair: Brown   Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:
Jessecah B. Rivera, Spouse, 5110 W. Fairfield Drive, Pensacola, FL 32506 Phone: 504-417-2112

FBI number:

Complete description of auto: 2020 Volkswagon Tiguan S, Blue 2013 Nissan NV van, Gray 2014 Jeep Compass SUV

Investigative agency: Federal Bureau of Investigation

Investigative agency address: Washington Field Office

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: