IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 3:21mj3/EMT

JESUS RIVERA,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Assistant Federal Public Defender THOMAS S. KEITH, and gives notice that he will be counsel for the defendant in the above-styled cause.

RESPECTFULLY SUBMITTED this 21st day January, 2021.

                                          */s/ Thomas S. Keith*
                                          THOMAS S. KEITH
                                          Florida Bar No. 0243078
                                          Attorney for Defendant
                                          3 W. Garden Street, Suite 200
                                          Pensacola, FL   32502
                                          Thomas_Keith@fd.org
                                          (850) 432-1418