

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

**MEMORANDUM**

**UNITED STATES OF AMERICA**

Case No. 3:21mj003

-vs-

**JESUS RIVERA**

DATE: 1/20/2021

TO:
    **Your Case No. 1:21mj118**
    United States District Court
    District of Columbia
    333 Constitution Avenue NW Room 1225
    Washington, DC 20001

FROM:
    Sylvia Williams, United States District Court
    Courtroom Deputy for
    Roger Vinson, Senior United States District Judge
    Elizabeth M. Timothy, Chief United States Magistrate Judge
    United States Courthouse
    One North Palafox Street
    Pensacola, Florida 32502

SUBJECT: Rule 5 Proceedings

The above-styled case originated in your division. Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: 1/20/2021
DETENTION: Initial Appearance; Commitment to another District

Enclosures