**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:21-MJ-00003-EMT-1 |
| | § | |
| JESUS RIVERA | § | |

**DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW The Defendant, through retained counsel, and requests that This Honorable

Court allow him to substitute counsel for the remainder of these proceedings, in accordance with the

Local Rules of the Northern District of Florida.

I.

Substitution of Counsel

Mr. Rivera is currently represented by, Federal Public Defender, Thomas S. Keith.

Mr. Rivera wishes to substitute, as his retained counsel, Guy L. Womack, and to terminate

the services of Mr. Keith.  Defendant wishes to proceed with the undersigned counsel as his attorney-

in-charge and only counsel.

The requested counsel is Guy L. Womack, Texas Bar No. 00788928, who is admitted to

practice before the United States District Court for the Northern District of Florida.

This counsel has contacted his predecessor counsel, who has no objection to this motion, and

this counsel anticipates no problem in preparing this case in accordance with This Honorable Court's

current docket schedule.  That is, substitution of counsel will not delay or impede these proceedings.

II.

Withdrawal of Predecessor Counsel

Should This Honorable Court approve Mr. Rivera's request for substitution of counsel, then it is requested that Mr. Keith be allowed to withdraw as counsel and not be required to act further in these proceedings.

III.

Relief Requested

WHEREFORE, Defendant respectfully prays of This Honorable Court to grant her motion for the substitution of counsel, and that predecessor counsel withdraw from further participation, in accordance with the Local Rules.

Very respectfully,

/S/ Guy L. Womack
Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 528-6222
Guy.Womack@USA.net

CERTIFICATE OF SERVICE

A copy of this motion was delivered, via CM/ECF, to Government Counsel and predecessor defense counsel on this 9th day of February, 2021.

/S/ Guy L. Womack
Guy L. Womack