UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                             Case No.: 3:21mj3/EMT

JESUS RIVERA.
_____/

## **ORDER**

This matter is before the court on Defendant's Motion for Substitution of Counsel (ECF No. 11). If the Government wishes to respond to the motion, it must file a response on or before Wednesday, February 17, 2021.

**DONE AND ORDERED** this 10th day of February 2020.

                                             /s/ *Elizabeth M. Timothy*
                                             **ELIZABETH M. TIMOTHY**
                                             **CHIEF UNITED STATES MAGISTRATE JUDGE**